Opinion issued December 4, 2008










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-08-00867-CV

____________


IN RE ANDREW VINCENT KLARMAN AND CAFÉ MONTROSE, INC.,
Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relators, Andrew Vincent Klarman and Café Montrose, Inc., filed a petition
for a writ of mandamus complaining of the trial court's order on a motion to show
authority. (1)

 We deny the petition for a writ of mandamus. See In re Arroyo, 988 S.W.2d
737, 739 (Tex. 1998).

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.
1. 
 -